**Audrey L. REICHARDT, Plaintiff/Appellant,**

v.

**Robert J. SMITH and Minnie H. Smith, Defendants/Respondents.**

No. 72638.

Missouri Court of Appeals, Eastern District, Division Two.

April 14, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 4, 1998.

Arthur G. Muegler, Jr., St. Louis, for plaintiff/appellant.

Gael D. Wood, Eckelkamp, Eckelkamp, Wood & Kuenzel, James W. McGettigan, Jr., Washington, for defendants/respondents.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

---

11. Virginia lamented at trial: "I think I was used as a live-in maid."

## ORDER

PER CURIAM.

Plaintiff landowner appeals the judgment of trial court in defendants' favor in an unlawful detainer case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).